**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o G.A., R.A., R.G., E.N., & C.S., <br><br> Plaintiff(s), <br><br> v. <br><br> BANK OF AMERICA; ABC CORP. (1-10) (Said names being fictitious and unknown entities) <br><br> Defendant(s), | CIVIL ACTION NO.: 2:13-cv-01977 <br><br> **CIVIL ACTION** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed that all claims against Bank of America in the above-captioned matter are hereby dismissed without costs against any parties with prejudice.

Massood & Bronsnick, LLC

_____
Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

Dated: May ~~24~~, 2013
            28th

So Ordered
Esther Salas, U.S.D.J.

Massood & Bronsnick, LLC
Attorneys at Law